```
        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A05-0247--CV (JKS)
                    "USA V CHRISTOPHER LENIEAR"

          Including terminated parties, excluding terminated counsel
```

     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 10/18/05
             Closed: NO

        Jurisdiction: (2) U.S. Defendant
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (510) Vacate sentence (2255)

              Origin: (1) Original Proceeding
              Demand:
          Filing fee: Waived
            Trial by:


Parties of Record:                          Counsel of Record:

PLF 1.1         UNITED STATES OF AMERICA    United States Attorney
                                            222 W. 7th Avenue, #9
                                            Anchorage, AK 99513
                                            907-271-5071

DEF 1.1         LENIEAR, CHRISTOPHER        No counsel found for this party!

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0247--CV (JKS)
                             "USA V CHRISTOPHER LENIEAR"

                                  For all filing dates


      Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge:
        Referral Rule:
               Filed: 10/18/05
              Closed: NO

         Jurisdiction: (2) U.S. Defendant
        PLF Diversity:
        DEF Diversity:

       Nature of Suit: (510) Vacate sentence (2255)

               Origin: (1) Original Proceeding
               Demand:
          Filing fee: Waived
            Trial by:


  Document #   Filed      Docket text

  NOTE -    1  10/18/05   Notation: ALL FUTURE FILLINGS ARE TO BE INTO A04-0047CR (JKS).
```